**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Carlos WOODS, Defendant—Appellant.**

**No. 10–6326.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 25, 2010.

Decided: July 2, 2010.

Carlos Woods, Appellant Pro Se. Michael Joseph Leotta, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before GREGORY, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Woods appeals the district court's order denying his Fed.R.Crim.P. 33

motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Woods,* No. 1:07–cr–00127–WDQ–1 (D.Md. Feb. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*